# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JACOB ALLEN SQUIBB,

        Petitioner,

v.

MARGARET GILBERT,

        Respondent.

CASE NO. 3:17-CV-05553-RBL-JRC

REPORT AND RECOMMENDATION

NOTED ON: SEPTEMBER 15, 2017

    Petitioner filed a motion for leave to proceed in forma pauperis. Dkt. 1. However, petitioner subsequently submitted the $5.00 filing fee to the Clerk. *See* Dkt. entry dated 8/4/2017. Therefore, this Court recommends denial of the motion for leave to proceed in forma pauperis (Dkt. 1) as moot.

    Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*

REPORT AND RECOMMENDATION- 1

*Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **September 15, 2017** as noted in the caption.

Dated this 24th day of August, 2017.

J. Richard Creatura
United States Magistrate Judge