# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JACOB ALLEN SQUIBB,

    Petitioner,

v.

MARGARET GILBERT,

    Respondent.

CASE NO. 3:17-cv-05553 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's motion for leave to proceed in forma pauperis (Dkt. 1) is denied as moot.

**DATED** this 18th day of September, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1